IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**KENYADA BROOKS**                                                          **PLAINTIFF**

V.                                              **CIVIL ACTION NO. 3:20-cv-321-NBB-JMV**

**WAL-MART ASSOCIATES, INC.;**
**WAL-MART STORES; CITY OF OLIVE**
**BRANCH, MISSISSIPPI POLICE**
**DEPARTMENT; AND MAYOR SCOTT**
**PHILLIP**                                                            **DEFENDANTS**

## **ORDER**

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that defendant Wal-Mart's motion to dismiss is **GRANTED**, and defendant Wal-Mart is hereby dismissed from this action without prejudice.

This 28th day of September, 2021.

                                                                /s/ Neal Biggers
                                                                NEAL B. BIGGERS, JR.
                                                                UNITED STATES DISTRICT JUDGE