IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**KENYADA BROOKS**                                                                      **PLAINTIFF**

**V.**                                                      **CIVIL ACTION NO. 3:20-cv-321-NBB-JMV**

**WAL-MART ASSOCIATES, INC.;**
**WAL-MART STORES; CITY OF OLIVE**
**BRANCH, MISSISSIPPI POLICE**
**DEPARTMENT; AND MAYOR SCOTT**
**PHILLIPS**                                                                    **DEFENDANTS**

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendants City of Olive Branch, Mississippi, and Mayor Scott Phillips' motion to dismiss is **GRANTED**, and this case is closed.

This 31st day of March, 2022.

                                                    /s/ Neal Biggers
                                                    NEAL B. BIGGERS, JR.
                                                    UNITED STATES DISTRICT JUDGE